James X. Bormes (Lead trial attorney)
Catherine P. Sons
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue, Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

Thomas M. Ryan
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive, Suite 650
Chicago, Illinois  60601
(312) 726-3400
Tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IVONNE CARBAJAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE HOME DEPOT, INC., a Delaware Corporation and VALIDITY, INC. a Delaware Corporation.<br><br>Defendants. | No.: CV-24-00730-PHX-DGC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VALIDITY, INC.** |

Please take Notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Ivonne Carbajal, hereby voluntarily dismisses Validity, Inc. as a Defendant in this matter, with prejudice.

DATED this 29th day of July 2024

**LAW OFFICE OF JAMES X. BORMES, P.C.**

s/ James X. Bormes
James X. Bormes
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com

Thomas M. Ryan
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
tom@tomryanlaw.com

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 29, 2024, he caused the foregoing Notice of Voluntary Dismissal of Validity, Inc. to be filed via the CM/ECF system, which will service Notice of such filing upon all counsel of record.

/s/ James X. Bormes
Attorney for Plaintiff