MATTHEW A. MACDONALD
(*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (323) 210-7329
matthew.macdonald@wsgr.com

JOSHUA J. CRADDOCK
(*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1155 Canyon Boulevard, Suite 400
Boulder, CO 80302
Telephone: (303) 256-5900
Facsimile: (866) 974-7329
jcraddock@wsgr.com

*Attorneys for Defendant*
Home Depot U.S.A., Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivonne Carbajal, individually and behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>Home Depot U.S.A., Inc.; and Validity Inc.,<br><br>   Defendants. | CASE NO. 2:24-cv-00730-DGC<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

1    Defendant Home Depot respectfully submits this Notice of
2    Supplemental Authority to alert the Court to the Arizona Superior Court of
3    Pima County's decision in *D'Hedouville v. H&M Fashion USA, Inc.*,
4    No. C20243386 (Ariz. Super. Ct. Oct. 11, 2024) (attached as Ex. A).

5    The Superior Court held that email pixel data about "when and how an
6    email was opened, how long it was opened, what device was used, the
7    associated IP address of the recipient, and whether it was forwarded—is not
8    a 'communication service record' or a type of 'access log' protected by
9    TUCSRA." *Id.* at 4.

Dated: October 15, 2024

WILSON SONSINI GOODRICH & ROSATI, Professional Corporation

*/s/ Matthew A. Macdonald*
Matthew A. Macdonald (*pro hac vice*)
953 East Third Street, Suite 100
Los Angeles, California 90013
Telephone: (323) 210-2900
Fax: (866) 974-7329
matthew.macdonald@wsgr.com

Joshua J. Craddock (*pro hac vice*)
1155 Canyon Boulevard, Suite 400
Boulder, CO 80302
Telephone: (303) 256-5900
Fax: (866) 974-7329
jcraddock@wsgr.com

*Counsel for Defendant
Home Depot U.S.A., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2024, I electronically filed the foregoing using the CM/ECF system, which served notice to the following CM/ECF participants:

Thomas M. Ryan (*pro hac vice*)
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 East Wacker Drive, Suite 650
Chicago, IL 60601
(312) 726-3400
tom@tomryanlaw.com

James X. Bormes (*pro hac vice*)
Catherine P. Sons (*pro hac vice*)
LAW OFFICE OF JAMES X. BORMES, P.C.
8 South Michigan Avenue, Suite 2600
Chicago, IL 60603
(312) 201-0575
jxbormes@bormeslaw.com
epsons@bormeslaw.com

Michelle R. Matheson (AZ Bar #019568)
MATHESON & MATHESON, P.L.C.
15300 North 90th Street, Suite 550
Scottsdale, AZ 85260
mmatheson@mathesonlegal.com

                                              /s/ *Matthew A. Macdonald*
                                              Matthew A. Macdonald