# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivonne Carbajal,<br><br>   Plaintiff,<br><br>v.<br><br>Home Depot Incorporated, et al.,<br><br>   Defendants. | **NO. CV-24-00730-PHX-DGC**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed December 16, 2024, which granted the Motion to Dismiss, judgment is entered and the complaint and action are dismissed.

            Debra D. Lucas
            District Court Executive/Clerk of Court

December 16, 2024

          s/ K. James
        By Deputy Clerk