UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IVONNE CARBAJAL, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

HOME DEPOT USA, INC., a Delaware corporation,

Defendant - Appellee.

No. 25-354

D.C. No.
2:24-cv-00730-DGC
District of Arizona,
Phoenix

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 25), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT